# ORDER/COVER SHEET

**TO:** Honorable Susan van Keulen  
U.S. Magistrate Judge

**RE:** BALDWIN, Scott Keith

**FROM:** Yaneyla Arevalo Arellano  
U.S. Pretrial Services Officer

**Docket No.:** 5:25-mj-71134-MAG-1

**Date:** September 23, 2025

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Yaneyla Arevalo Arellano   408-535-5027

U.S. Pretrial Services Officer   **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[x] Modification(s)

1. Defendant is limited to one internet capable device (Android cell-phone) and **it will be subject to monitoring by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*/s/ Susan van Keulen*   09/23/2025  
**JUDICIAL OFFICER**   **DATE**