| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | MARISSA HARRIS (NYBN 4763025)<br>Assistant United States Attorney |
| 5 | |
| 6 | 60 South Market Street, Suite 1200<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066<br>marissa.harrris@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 25-MJ-71134 MAG |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM NOVEMBER 7, 2025 TO DECEMBER 19, 2025, AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| SCOTT KEITH BALDWIN, JR., | ) ) | |
| Defendant. | ) ) | |

Defendant Scott Keith Baldwin, Jr., and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference set for November 7, 2025 be continued to December 19, 2025. The continuance is requested to allow for ongoing defense review of discovery, additional meetings with the defendant regarding potential pre-indictment resolutions of the case, and supervisory approvals of any proposed Information and resolution.

The parties additionally stipulate and agree that the time through and including December 19, 2025 shall be waived, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (time for a speedy trial). The parties agree that this waiver of time is necessary for review of discovery by the defense and for defense counsel to meet and confer with the

defendant and the government. For these reasons, the parties stipulate and agree that excluding time until December 19, 2025 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 7, 2025 through December 19, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: November 3, 2025

/s/
MARISSA HARRIS
Assistant United States Attorney

DATED: November 3, 2025

/s/
BRUCE C. FUNK
Counsel for Defendant SCOTT KEITH BALDWIN, Jr.

**[PROPOSED] ORDER**

Upon agreement and stipulation of the defendant Scott Keith Baldwin, Jr. and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status conference set in Mr. Baldwin's case be continued to December 19, 2025.

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that he has waived time from November 7, 2025 to December 19, 2025.

The Court finds that failing to exclude the time from November 7, 2025 through December 19, 2025 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 7, 2025 to December 19, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
2  November 7, 2025 through December 19, 2025 shall be excluded from computation under the Speedy
3  Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4  **IT IS SO ORDERED.**

6  DATED:  November 6, 2025

_____
HON. Susan van Keulen
United States Magistrate Judge