1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  MARISSA HARRIS (NYBN 4763025)
   Assistant United States Attorney
5
6       60 South Market Street, Suite 1200
        San Jose, California 95113
7       Telephone: (408) 535-5061
        FAX: (408) 535-5066
8       marissa.harrris@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,              ) NO. 25-MJ-71134 MAG
                                           )
14         Plaintiff,                      ) STIPULATION TO CONTINUE HEARING AND
                                           ) EXCLUDE TIME FROM DECEMBER 19, 2025 TO
15      v.                                 ) JANUARY 23, 2026, AND [PROPOSED] ORDER
                                           )
16  SCOTT KEITH BALDWIN, JR.,              )
                                           )
17         Defendant.                      )
                                           )
18

19         Defendant Scott Keith Baldwin, Jr., and the Government, by and through their respective

20  counsel, stipulate and agree, with the Court's approval, that the status conference set for December 19,

21  2025 be continued to January 23, 2026.  The continuance is requested to allow for ongoing defense

22  review of discovery, additional meetings with the defendant regarding potential pre-indictment

23  resolutions of the case, and supervisory approvals of any proposed Information and resolution.

24         The parties additionally stipulate and agree that the time through and including January 23, 2026

25  shall be waived, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring

26  any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A),

27  (h)(7)(B)(iv) (time for a speedy trial). The parties agree that this waiver of time is necessary for review

28  of discovery by the defense and for defense counsel to meet and confer with the defendant and the

government. For these reasons, the parties stipulate and agree that excluding time until January 23, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 19, 2025 through January 23, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: December 12, 2025         /s/
                                 MARISSA HARRIS
                                 Assistant United States Attorney

DATED: December 12, 2025         /s/
                                 BRUCE C. FUNK
                                 Counsel for Defendant SCOTT KEITH BALDWIN, Jr.

## [~~PROPOSED~~] ORDER

Upon agreement and stipulation of the defendant Scott Keith Baldwin, Jr. and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status conference set in Mr. Baldwin's case be continued to January 23, 2026.

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that he has waived time from December 19, 2025 through January 23, 2026.

The Court finds that failing to exclude the time from December 19, 2025 through January 23, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 19, 2025 to January 23, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

December 19, 2025 through January 23, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: December 12, 2025

*Virginia K. DeMarchi*
HON. VIRGINIA DEMARCHI
United States Magistrate Judge